United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey H. Stein  
      Debtor

Case No. 17-14594-sr  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Aug 24, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.  
db          Jeffrey H. Stein,    62 Hill Road,    Ivyland, PA   18974-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:  
         BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
         JEFFREY C. MCCULLOUGH    on behalf of Debtor Jeffrey H. Stein jeffmccullough@bondmccullough.com,    mbehrlacher@bondmccullough.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    CHEVY CHASE FUNDING LLC, MORTGAGE-BACKED CERTIFICATES, et al.... bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    CHEVY CHASE FUNDING LLC, MORTGAGE-BACKED CERTIFICATES, et al.... bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    CHEVY CHASE FUNDING LLC, MORTGAGE-BACKED CERTIFICATES, et al.... tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                           TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey H. Stein<br>Debtor(s) | CHAPTER 7 |
| CHEVY CHASE FUNDING LLC, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>Movant<br>vs. | NO. 17-14594 SR |
| Jeffrey H. Stein<br>Debtor(s) | 11 U.S.C. Section 362 |
| Bonnie B. Finkel Esq.<br>Trustee | |

## ORDER

AND NOW, this      day of            , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow CHEVY CHASE FUNDING LLC, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE and its successor in title to proceed with the ejectment action regarding the premises 62 Hill Road Warminster, PA 18974. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Movant from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Stephen Raslavich,** Bankruptcy Judge.

**Dated: August 23, 2017**

cc: See attached service list

Jeffrey H. Stein
62 Hill Road
Ivyland, PA 18974

Jeffrey C. McCullough, Esq.
16 N. Franklin Street (VIA ECF)
Suite 300
Doylestown, PA 18901

Bonnie B. Finkel Esq.
P.O. Box 1710 (VIA ECF)
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532