UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.17-14594 sr |
| JEFFREY H. STEIN | : | |
| Debtor | : | Chapter 7 |
| | : | |
| | : | Date: August 31, 2017 |

**PRAECIPE TO AMEND**

TO THE CLERK:

Kindly amend the petition and docket as follows:

(X)   Correct the address of Debtor(s)
( )    Correct the name of Debtor(s)
( )    Correct the address of counsel
( )    Correct the name of counsel
( )    Other - Specify

Please correct the address of the Debtor to:

Jeffrey H. Stein
61 Hill Road
Ivyland, PA 18974


　　　　　　　　　　　　　　　　　　　　　　　　/s/Jeffrey C. McCullough
　　　　　　　　　　　　　　　　　　　　　　Jeffrey C. McCullough, Esquire
　　　　　　　　　　　　　　　　　　　　　　16 North Franklin Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　　Doylestown, PA 18901
　　　　　　　　　　　　　　　　　　　　　　215-348-8133
　　　　　　　　　　　　　　　　　　　　　　215-348-0428 - fax
　　　　　　　　　　　　　　　　　　　　　　jeffmccullough@bondmccullough.com