UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Jeffrey H.. Stein, | ) | |
| | ) | |
| | ) | Bankruptcy No. 17-14594-jkf |
| Debtor. | ) | |

## **CERTIFICATE OF NO RESPONSE WITH RESPECT TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

Freedom Credit Union's undersigned counsel hereby certifies that no response has been filed with respect to Freedom Credit Union's Motion for Relief from Automatic Stay. Accordingly, Movant's counsel respectfully requests that the Court grant the relief requested without a hearing in accordance with Local Bankruptcy Rule 9015-3(j).

Respectfully submitted,

/s/ Mark A. Cronin
Mark A Cronin, Esquire
26 S. Church Street
West Chester, PA 19382
(610) 585 -1702
Philalaw@aol.com
Attorney for Movant Freedom Credit Union

DATED: October 17, 2017