UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| Jeffrey H.. Stein, ) | |
| ) | |
| ) | Bankruptcy No. 17-14594-jkf |
| Debtor. ) | |

## ORDER

Upon consideration of the Motion of Freedom Credit Union for Relief from the Automatic Stay and any response thereto, it is hereby

**ORDERED** that the automatic stay under Section 362(a) of title 11, United States Code is modified to allow Movant Freedom Credit Union to proceed with setoff of $4,461.16 of the Debtor's deposited funds with the Credit Union in connection with his secured VISA account pursuant to Debtor's Pledge Agreement.

BY THE COURT:

*/s/ Jean K. FitzSimon/*

Jean K. FitzSimon
United States Bankruptcy Judge

DATE: October 20, 2017