United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-14594-jkf
Jeffrey H. Stein                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW           Page 1 of 1         Date Rcvd: Oct 23, 2017
                          Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db             +Jeffrey H. Stein,    61 Hill Road,    Ivyland, PA 18974-5804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
      BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
      JEFFREY C. MCCULLOUGH    on behalf of Debtor Jeffrey H. Stein jeffmccullough@bondmccullough.com,
       mbehrlacher@bondmccullough.com
      MARK A. CRONIN    on behalf of Creditor    Freedom Credit Union PhilaLaw@aol.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    CHEVY CHASE FUNDING LLC, MORTGAGE-BACKED
       CERTIFICATES, et al.... bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    CHEVY CHASE FUNDING LLC, MORTGAGE-BACKED
       CERTIFICATES, et al.... bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    CHEVY CHASE FUNDING LLC, MORTGAGE-BACKED CERTIFICATES,
       et al.... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                           TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| Jeffrey H.. Stein, ) | |
| ) | |
| ) | Bankruptcy No. 17-14594-jkf |
| Debtor. ) | |

## **ORDER**

Upon consideration of the Motion of Freedom Credit Union for Relief from the Automatic Stay and any response thereto, it is hereby

**ORDERED** that the automatic stay under Section 362(a) of title 11, United States Code is modified to allow Movant Freedom Credit Union to proceed with setoff of $4,461.16 of the Debtor's deposited funds with the Credit Union in connection with his secured VISA account pursuant to Debtor's Pledge Agreement.

BY THE COURT:

*Jean K. FitzSimon*

DATE: October 20, 2017

Jean K. FitzSimon
United States Bankruptcy Judge