United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey H. Stein
     Debtor

Case No. 17-14594-jkf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Nov 06, 2017
                           Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.
db          +Jeffrey H. Stein,   61 Hill Road,   Ivyland, PA 18974-5804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:
           BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
           JEFFREY C. MCCULLOUGH    on behalf of Debtor Jeffrey H. Stein jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
           MARK A. CRONIN    on behalf of Creditor    Freedom Credit Union PhilaLaw@aol.com
           MATTEO SAMUEL WEINER    on behalf of Creditor    CHEVY CHASE FUNDING LLC, MORTGAGE-BACKED CERTIFICATES, et al.... bkgroup@kmllawgroup.com
           REBECCA ANN SOLARZ    on behalf of Creditor    CHEVY CHASE FUNDING LLC, MORTGAGE-BACKED CERTIFICATES, et al.... bkgroup@kmllawgroup.com
           THOMAS I. PULEO    on behalf of Creditor    CHEVY CHASE FUNDING LLC, MORTGAGE-BACKED CERTIFICATES, et al.... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                           TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Jeffrey H. Stein : Case No. 17–14594–jkf
    Debtor(s)

### ORDER
_____

AND NOW, this day , November 6,2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

27
Form 195